# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2019

158586

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ROBERT DAVIS and DESMOND WHITE,
      Plaintiffs-Appellants,
and

ANDREW A. PATERSON,
      Appellant,

v

WAYNE COUNTY CLERK, WAYNE COUNTY
ELECTION COMMISSION, DETROIT CITY
CLERK, and PENELOPE BAILER,
      Defendants-Appellees.

SC: 158586
COA: 339200
Wayne CC: 16-012226-AW

_____/

On order of the Court, the application for leave to appeal the September 11, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2019



t0722

Clerk